**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Celerino SANCHEZ–ROSAS,
Defendant—Appellant.**

**No. 05–30424.**

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

648

Submitted Aug. 21, 2006.*

Filed Aug. 28, 2006.

Russell E. Smoot, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Jeffry Keith Finer, Esq., Finer & Pugsley, Spokane, WA, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

### MEMORANDUM **

Celerino Sanchez–Rosas appeals from his guilty-plea conviction and 120–month sentence imposed for distribution of 50 grams or more of actual methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sanchez–Rosas has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sanchez–Rosas has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to

withdraw and **AFFIRM** the district court's judgment.